UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOUISE FRISCO,<br><br>  Plaintiff,<br><br>  vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>  Defendant. | CASE NO.: CV11-03284 CW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MEDIATION DEADLINE** |

1  Pursuant to the stipulation of the parties and good cause appearing, IT IS
2  HEREBY ORDERED THAT the deadline to complete mediation is continued ninety
3  (90) days from January 17, 2012 to April 16, 2012.
4
5  IT IS SO ORDERED.
6
7  DATED: ___January 13___, 2012        By: _____
8                                            Hon. Claudia Wilken
                                              United States District Court Judge
9
10
11
12
13
14  cc: ADR