1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
TODD M. FRIEDMAN (SBN 216752)
DARIN SHAW (SBN 251037)
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com

STRANGE & CARPENTER
BRIAN R. STRANGE (SBN 103252)
GRETCHEN CARPENTER (SBN 180525)
JOHN P. KRISTENSEN (SBN 224132)
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Phone: (310) 207-5055
Fax: (310) 826-3210
lacounsel@earthlink.net
gcarpenter@strangeandcarpenter.com
jkristensen@strangeandcarpenter.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LOUISE FRISCO, | ) Case No. 4:11-CV-03284-YGR |
| | ) |
| Plaintiff, | ) NOTICE OF WITHDRAWAL OF |
| | ) STRANGE & CARPENTER AS CO- |
| vs. | ) COUNSEL FOR PLAINTIFF; |
| | ) [PROPOSED] ORDER |
| MIDLAND CREDIT MANAGEMENT, | ) |
| INC., | ) Assigned to the Honorable Yvonne Gonzalez |
| | ) Rogers |
| Defendant. | ) |
| | ) |
| | ) |

Strange & Carpenter hereby withdraws as co-counsel of record for plaintiff Louise

Frisco. By signing below, plaintiff Louise Frisco acknowledges that she knowingly and freely

assents to Strange & Carpenter's withdrawal. Plaintiff will not be prejudiced by the withdrawal

1  of Strange & Carpenter, since the Law Offices of Todd M. Friedman, P.C. will remain as

2  counsel for plaintiff.

3  Dated:  April 27, 2012                          STRANGE & CARPENTER

4

5                                                  _____

6                                                  Brian R. Strange
                                                    Gretchen A. Carpenter
7                                                  John P. Kristensen
                                                    Attorneys for Plaintiff Louise Frisco

8

9

10        I hereby consent to the withdrawal of Strange & Carpenter as co-counsel of record for

11  plaintiff in this case.

12  Dated:  April 26, 2012

13                                                  _____
                                                    Louise Frisco

14

15  IT IS SO ORDERED.

16

17  Dated:  ____April 30,_____, 2012

18                                                  Hon. Yvonne Gonzalez Rogers
                                                    United States District Judge

19

20

21

22

23

24

25

26

27

28