UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE FRISCO,<br><br>          Plaintiff,<br><br>     vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>          Defendant. | Case No.: C-11-03284-YGR<br><br>**ORDER REGARDING RESPONSE TO DEFENDANT'S LETTER FOR LEAVE TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT** |

On May 8, 2012, Plaintiff filed a letter with the Court pursuant to its Standing Order in Civil Cases seeking leave to file a renewed motion for summary judgment. (Dkt. No. 47.) To date, Plaintiff has failed to respond despite the Standing Order's requirement that a response be filed within three (3) business days. If no response is filed by <u>Wednesday, May 16, 2012 at 2:00 p.m.</u>, the Court will interpret the failure to respond as an admission of good cause for the filing of Defendant's summary judgment motion.

Depending upon whether Plaintiff files a response, the Court may set a date and time for a conference at a future time.

**IT IS SO ORDERED.**

Dated: May 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**