# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUISE FRISCO,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**MIDLAND CREDIT MANAGEMENT INC.,**<br><br>    **Defendant.** | **Case No.: 4:11-cv-3284-YGR (KAW)**<br><br>**ORDER REGARDING MOTION TO CONTINUE DISCOVERY CUTOFF** |

This case has been referred to the undersigned to resolve Plaintiff's motion to continue the discovery cutoff. The parties shall follow the procedures for discovery disputes explained in the undersigned's standing order, available at http://cand.uscourts.gov/kaw. The parties must attempt to resolve the dispute by meeting and conferring. If the parties are unable to resolve the dispute, they must file a joint letter no later than July 17, 2012. After reviewing the joint letter, the Court will determine whether a hearing on the dispute is necessary.

It is so ORDERED.

**DATE: July 13, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**